

Entered on Docket
January 03, 2011

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

_____

RICK A. YARNALL
CHAPTER 13 STANDING TRUSTEE
701 Bridger AveSuite 820
Las Vegas, NV  89101
(702) 853-4500
RAY13mail@LasVegas13.com

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br>**JASON T MATCHKO**<br><br><br>**Debtor**<br><br>**DELUCA & ASSOCIATES**<br>**Attorney for Debtor** | Chapter 13<br> BKS-09-14824-LBR<br><br>Hearing Date:  12/22/2010<br>Hearing Time:  2:00 PM |

### ORDER OF DISMISSAL FOR FAILURE TO MAKE PLAN PAYMENTS

   A motion for Order Dismissing Bankruptcy Proceedings filed by the Trustee in the above-captioned matter having come on for hearing, the following parties having appeared:

  (X)  Trustee         (  ) Debtor(s)        (  ) Attorney for Debtor(s)       (  ) Other: ,

and said Motion having been considered by this Court, and good cause appearing therefore;

   IT IS HEREBY ORDERED that the above-captioned proceedings under Chapter 13 be, and the same hereby is DISMISSED for the Debtor(s) failure to:

- Make Plan payment

     IT IS FURTHER ORDERED that the Trustee is allowed $0.00 as and for expenses incurred in the administration of this case.

Dated:  December 30, 2010


/s/ Rick A. Yarnall
Rick A. Yarnall, Chapter 13 Trustee
(JCL)

**LR 9021 certification language:**

In accordance with LR 9021, counsel submitting this document certifies as follows (check one);

____The court has waived the requirement of approval under LR 9021 (b)(1).

____No party appeared at the hearing or filed an objection to the motion.

_X_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:
   None - no parties appeared

____I certify that this is a case under the Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

###